PROB 12C  
(6/16)

Report Date: December 7, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**12/7/17**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Albert Junior Riojas                    Case Number: 0980 2:13CR02106-SMJ-1

Address of Offender:                                      Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 17, 2014

Original Offense:         Theft of Government Money, 18 U.S.C. § 641

Original Sentence:        Probation - 5 Years            Type of Supervision: Probation

Asst. U.S. Attorney:      Caitlin A. Baunsgard           Date Supervision Commenced: March 17, 2014

Defense Attorney:         TBD                            Date Supervision Expires: March 16, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

   1             **Mandatory Condition** : If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

                 **Supporting Evidence**: Mr. Riojas' conditions were reviewed with him on March 17, 2014. He signed his conditions acknowledging understanding of the conditions which included the mandatory condition, as noted above.

                 Mr. Riojas has failed to make a payment toward his restitution since May 16, 2014, at which time he made a payment of $200.  He has an outstanding balance of $18,421 owed toward restitution

                 On October 10, 2014, Mr. Riojas signed a modification of his conditions agreeing to pay $150 per month or 10 percent of his net household income.  The modification was approved by the Court due to an injury that prevented Mr. Riojas from working at the time.  Mr. Riojas is now physically able to work and has worked at several locations since October 2014.  Mr. Riojas has been reminded on several occasions that he needs to make his restitution payments.  Mr. Riojas has not made any effort to make payments toward his restitution.

Prob12C
Re: Riojas, Albert Junior
December 7, 2017
Page 2

    2       **Special Condition # 15**: You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

            **Supporting Evidence**: Mr. Riojas' conditions were reviewed with him on March 17, 2014. He signed his conditions acknowledging understanding of the conditions which included the special condition, as noted above.

            On October 26, 2017, this officer conducted an Equifax credit check on Mr. Riojas as part of a yearly review. According to the Equifax credit check, Mr. Riojas opened an auto finance loan for $20,712 on January 16, 2017.

            On October 27, 2017, this officer confronted Mr. Riojas about the car loan. Mr. Riojas admitted getting the car loan to help a family member purchase a vehicle. Mr. Riojas did not receive permission from this officer to obtain a loan to purchase a vehicle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Phil Casey

December 7, 2017

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

12/07/2017
Date