PROB 12C
(6/16)

Report Date: June 27, 2019

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Albert Junior Riojas | Case Number: 0980 2:13CR02106-SMJ-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Government Money, 18 U.S.C. § 641 | | |
| Original Sentence: | Probation - 5 Years | Type of Supervision: | Supervised Release |
| Revocation Sentence: October 23, 2018 | Prison - 0 days: TSR - 12 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 23, 2018 |
| Defense Attorney: | Jeffrey Dahlberg | Date Supervision Expires: | October 22, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**:You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Riojas is alleged to have violated mandatory condition #1 on June 20, 2019, by being arrested for driving under the influence (DUI) of alcohol, in violation of the Revised Code of Washington (RCW) 46.61.502; Yakima Municipal Court case number 9Z0502363.<br><br>Mr. Riojas' conditions were reviewed with him on November 1, 2018.  He signed his conditions acknowledging understanding of the conditions which included mandatory condition #1.  According the Yakima Police Department (YPD) report for incident number 19Y022990, the following occurred:<br><br>On June 20, 2019, Mr. Riojas was pulled over by YPD for failing to maintain lane travel while driving.  When YPD contacted Mr. Riojas, the officer observed that Mr. Riojas had red/watery eyes, and his eyelids were droopy.  The officer smelled the odor of intoxicants coming from the vehicle and Mr. Riojas was the only occupant of the vehicle.  Mr. Riojas |

Prob12C
**Re: Riojas, Albert Junior**
**June 27, 2019**
**Page 2**

denied consuming any alcohol and agreed to participate in field sobriety tests. After the field sobriety tests were complete YPD determined Mr. Riojas was too intoxicated to operate a motor vehicle and was placed under arrest. Mr. Riojas was then transported to the Yakima Police Station for a breath test to confirm he was under the influence of alcohol.

At the Yakima Police Station Mr. Riojas provided two breath samples, the results of the breath samples were 0.262 and 0.266. Due to Mr. Riojas' level of intoxication, he was transported to a local hospital for medical clearance. Once Mr. Riojas was medically cleared, he was placed into the custody of the Yakima City Jail.

Mr. Riojas' next court date in Yakima Municipal Court is scheduled for July 10, 2019.

2   **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Riojas failed to notify this probation officer of his arrest within 72 hours.

Mr. Riojas' conditions were reviewed with him on November 1, 2018. He signed his conditions acknowledging understanding of the conditions, which included standard condition #9.

Mr. Riojas was arrested by YPD on June 20, 2019, for DUI of alcohol. According to Yakima City Jail staff, Mr. Riojas bailed out of custody on June 21, 2019. Mr. Riojas did not contact this officer to explain that he was arrested by YPD.

On June 24, 2019, this officer contacted Mr. Riojas at his residence. Mr. Riojas did not mention anything about his contact with YPD until this officer asked Mr. Riojas why his name was ran by YPD on June 20, 2019. Once Mr. Riojas was questioned about YPD running his name, he admitted to being arrested for DUI on June 20, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Phil Casey

June 26, 2019

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Riojas, Albert Junior**
**June 27, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

06/27/2019
Date